UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BIBBS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TUKWILA POLICE DEPARTMENT, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO.   C08-1620-TSZ <br><br> ORDER GRANTING PLAINTIFF'S <br> MOTIONS FOR EXTENSION OF TIME |

This is a civil rights action brought under 42 U.S.C. § 1983. Currently pending before the Court are plaintiff's motions seeking an extension of the pretrial deadlines previously established by this Court. The Court, having reviewed plaintiff's motions, and the balance of the record, does hereby find an ORDER as follows:

(1) Plaintiff's motions for extension of the pretrial deadlines (Dkt. Nos. 21 and 22) are GRANTED. The discovery deadline in his matter is hereby extended to *May 30, 2009*, and the dispositive motion filing deadline is hereby extended to *June 30, 2009*. Plaintiff is advised that any efforts to obtain discovery must fully comply with the Federal Rules of Civil Procedure.

ORDER GRANTING DEFENDANT'S
MOTIONS FOR EXTENSION OF TIME
PAGE - 1

1  (2) The Clerk is directed to send copies of this Order to plaintiff, to counsel for
2  defendants, and to the Honorable Thomas S. Zilly.
3  DATED this 16th day of April, 2009.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING DEFENDANT'S
MOTIONS FOR EXTENSION OF TIME
PAGE - 2