UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES L. BIBBS, | ) | CASE NO. C08-1620-TSZ-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER STRIKING PLAINTIFF'S |
| | ) | MOTION FOR SANCTIONS |
| OFFICER JORDAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This is a civil rights action brought under 42 U.S.C. § 1983. On April 16, 2009, the Court received from plaintiff a motion for sanctions. However, the motion does not identify a noting date and plaintiff provides no proof that he served the motion on counsel for defendants. Plaintiff is advised that he may seek relief from the Court only by way of a motion which fully complies with the requirements of Local Rule CR 7(b). The instant motion does not. Accordingly, plaintiff's motion for sanctions (Dkt. 27) is STRICKEN.

The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and to the Hon. Thomas S. Zilly.

DATED this 15th day of June, 2009.

            s/ Mary Alice Theiler
            United States District Judge

ORDER STRIKING PLAINTIFF'S MOTION FOR SANCTIONS
PAGE -1