UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BIBBS, ) | CASE NO. C08-1620-TSZ-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER STRIKING AND |
| ) | RETURNING PLAINTIFF'S |
| OFFICER JORDAN, et al., ) | DISCOVERY REQUEST |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff is a Washington State prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On June 15, 2009, the Court issued an Order directing service of plaintiff's amended complaint (Dkt. 35). This Order establishes the deadline by which defendants must file their answer(s). Plaintiff subsequently filed a discovery request directed to defendant Officer Jordan (Dkt. 38). Having considered the request, the Court does hereby find and ORDER:

(1) Plaintiff is advised that requests for discovery should not be sent to the Court but rather to the opposing party. The Court's role is limited to resolving disputes regarding discovery if they arise. Therefore, the Clerk shall STRIKE plaintiff's request (Dkt. 38) and

ORDER STRIKING AND RETURNING
PLAINTIFF'S DISCOVERY REQUEST
PAGE -1

01 return it to plaintiff. Plaintiff is also reminded that any document he files with the Court must

02 include a Certificate of Service indicating that he has mailed a copies of the document to

03 counsel for defendants.

04     (2)    The Clerk is directed to send a copy of this Order to plaintiff, to counsel for

05 defendants, and to the Hon. Thomas S. Zilly.

06     DATED this <u>13th</u> day of July, 2009.

07     <u>s/ Mary Alice Theiler</u>
    United States Magistrate Judge