UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES L. BIBBS, | ) | CASE NO. C08-1620-TSZ-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| TUKWILA POLICE DEPT., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This is a civil rights action brought under 42 U.S.C. § 1983. On June 15, 2009, this Court issued an order directing that plaintiff's amended civil rights complaint be served on defendants. Defendants returned their waivers of service of summons to the Court in early July 2009. However, to date, the Court has not received an answer to plaintiff's amended complaint from defendants. Defendants' answer is overdue.

Accordingly, the Court does hereby ORDER as follows:

(1)     Defendants shall SHOW CAUSE within twenty-one (21) days of the date on which this Order is signed why default should not be entered against them in this action for failure to respond to the amended complaint.

ORDER TO SHOW CAUSE
PAGE -1

01        (2)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

02 defendants, and to the Honorable Thomas S. Zilly.

03        DATED this <u>14th</u> day of October, 2009.

                                                                  Mary Alice Theiler
                                                                   United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -2