UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES L. BIBBS,

                 Plaintiff,

    v.

TUKWILA POLICE DEPARTMENT, *et al.*,

                 Defendants.

Case No. C08-1620-TSZ-MAT

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

       This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion to compel discovery. The Court, having reviewed plaintiff's motion, defendants' response thereto, and the balance of the record, does hereby find and Order:

       (1)     Plaintiff's motion to compel discovery (Dkt. No. 54) is DENIED. Plaintiff, by way of the instant motion, seeks to compel responses to his second set of interrogatories directed to defendant Steven Gurr. Defendants argue in their response to plaintiff's motion that the motion should be denied because plaintiff made no attempt to meet and confer with defendants' counsel prior to filing the motion as required by Fed. R. Civ. P. 37(a)(1). Defendants also assert in their response that the interrogatories at issue were, in fact, sent to

ORDER DENYING PLAINTIFF'S
MOTION TO COMPEL - 1

01 plaintiff on September 17, 2010.  Plaintiff does not challenge this assertion.  It thus appears
02 that plaintiff's motion is moot.
03     (2)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for
04 defendants, and to the Honorable Thomas S. Zilly.
05     DATED this 22nd day of December, 2010.

        /s/ Mary Alice Theiler
        Mary Alice Theiler
        United States Magistrate Judge

ORDER DENYING PLAINTIFF'S
MOTION TO COMPEL - 2