UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BIBBS,<br>      Plaintiff,<br> v.<br>TUKWILA POLICE DEPARTMENT, *et al.*,<br>      Defendants. | Case No. C08-1620-TSZ-MAT<br><br>ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

This is a civil rights action brought under 42 U.S.C. § 1983. On November 19, 2010, defendants filed a motion for summary judgment which was noted on the Court's calendar for consideration on December 17, 2010. (Dkt. No. 57.) On January 26, 2011, over seven weeks after plaintiff's response to defendants' motion was due, the Court received from plaintiff a brief entitled "Plaintiff's Opposition and Objection to Defendant's Summary Judgment." (Dkt. No. 62.) Following a careful review of defendants' motion papers, plaintiff's recently filed opposition brief, and the remaining record, this Court concludes that it is appropriate to accept plaintiff's late-filed response. The Court further concludes that a reply brief from defendants which addresses the arguments raised by plaintiff in his response would aid the Court in its resolution of defendants' summary judgment motion.

ORDER RE: DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT - 1

01    Accordingly, the Court does hereby ORDER as follows:

02    (1)    Defendants shall file and serve a reply brief in support of their pending motion

03 for summary judgment not later than *February 18, 2011*.

04    (2)    Defendants' motion for summary judgment (Dkt. No. 57) is RE-NOTED on the

05 Court's calendar for consideration on *February 18, 2011*.

06    (3)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

07 defendants, and to the Honorable Thomas S. Zilly.

08    DATED this 2nd day of February, 2011.

                                                    _____
                                                    Mary Alice Theiler
                                                    United States Magistrate Judge

ORDER RE: DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT - 2