UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BIBBS, | ) |
| Plaintiff, | ) CASE NO. C08-1620-TSZ |
| v. | ) |
| TUKWILA POLICE DEPARTMENT, *et al.*, | ) ORDER GRANTING DEFENDANTS' SUMMARY JUDGMENT MOTION |
| Defendants. | ) |

The Court, having reviewed plaintiff's amended complaint, defendants' motion for summary judgment, plaintiff's response thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants motion for summary judgment (Dkt. No. 57) is GRANTED;

(3) Plaintiff's amended complaint (Dkt. No. 32) and this action are DISMISSED with prejudice; and

/ / /

ORDER GRANTING DEFENDANTS'
SUMMARY JUDGMENT MOTION
PAGE -1

01      (4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

02 defendants, and to the Honorable Mary Alice Theiler.

03      DATED this 24th day of May, 2011.

                                        /s/ Thomas S. Zilly
                                        Thomas S. Zilly
                                        United States District Judge

ORDER GRANTING DEFENDANTS'
SUMMARY JUDGMENT MOTION
PAGE -2